STATE OF NEW JERSEY v. DONALD WITHERSPOON.

September 6, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. BRIAN BRAXTON.

September 6, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. DENISE BASS.

September 6, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN MARVIN WILLIAMS.

September 6, 1989.

Petition for certification denied. (See 232 *N.J.Super.* 414).